UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jesse Drewniak

    v.                            Civil No. 20-cv-852-JD

U.S. Customs and Border
Protection, et al.

O R D E R

Due to a recent issue that has arisen, I recuse from further presiding over this case.

SO ORDERED.

                                            _____
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

September 10, 2020

cc: Counsel of Record