UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JESSE DREWNIAK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 1:20-cv-852-LM |
| | ) |
| U.S. CUSTOMS AND BORDER PROTECTION, et al., | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANTS' MOTION TO STAY PRETRIAL PROCEEDINGS

Defendants request a stay of all pretrial proceedings, including the scheduling conference and initial disclosures, until after resolution of their dispositive motions. (*See* Document Numbers (DN) 19, 20). Defendants' potentially case-dispositive motions raise the issues of qualified immunity and standing, both of which must be decided before any further proceedings occur.

In support of this Motion, Defendants refer the Court to the attached memorandum of law and the record of this litigation.

Counsel for Plaintiffs have been contacted and do not assent to this Motion.

Therefore, Defendants request that the Court stay all proceedings preserving the effect to the qualified-immunity doctrine, which protects government officials from the burdens of litigation, including discovery, and to determine whether this Court has subject matter jurisdiction to consider the merits of Mr. Drewniak's claim for injunctive relief.

                Respectfully submitted,

                SCOTT W. MURRAY
                United States Attorney

                By: /s/ Robert J. Rabuck
                Robert J. Rabuck
                Assistant U.S. Attorney
                New Hampshire Bar No. 2087
                53 Pleasant Street, 4th Floor
                Concord, NH  03301
                (603) 225-1552
                Rob.Rabuck@usdoj.gov

                By: /s/ Michael McCormack
                Michael McCormack
                Assistant U.S. Attorney
                New Hampshire Bar No. 16470
                53 Pleasant Street, 4th Floor
                Concord, NH  03301
                (603) 225-1552
                Michael.McCormack2@usdoj.gov

Dated:  December 21, 2020