**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| JESSE DREWNIAK, and | ) | |
| | ) | |
| SEBASTIAN FUENTES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:20-cv-852-LM |
| | ) | |
| U.S. CUSTOMS AND BORDER PROTECTION, | ) | |
| | ) | |
| U.S. BORDER PATROL, | ) | |
| | ) | |
| ROBERT N. GARCIA, | ) | |
| Chief Patrol Agent of Swanton Sector of U.S. | ) | |
| Border Patrol, and | ) | |
| | ) | |
| RICHARD J. FORTUNATO, | ) | |
| Acting Chief Patrol Agent of Swanton Sector of | ) | |
| U.S. Border Patrol, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' ASSENTED-TO MOTION TO SEAL (I) THE UNREDACTED VERSION OF PLAINTIFFS' MOTION TO COMPEL RECORDS AND (II) TWO EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL**

Pursuant Paragraph 6 the Protective Order in this case (Doc. No. 82), L.R. 83.12, and A.P. 3.3, Plaintiffs request to seal at Level I (i) the unredacted version of Plaintiffs' contemporaneously filed Motion to Compel Records and (ii) two exhibits—*Exhibits F and H*—attached to Plaintiffs' Motion to Compel.  A redacted version of the Motion to Compel Records has been filed publicly pursuant to Paragraph 6(b) of the Protective Order.  The redacted portions of the Motion to Compel and the two exhibits contain information that has been designated by Defendants as "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order.  This sealed pleading and two exhibits will be conventionally filed.  Defendants assent to the relief requested in this Motion.

WHEREFORE, for the reasons stated above, Plaintiffs request that the Court:

1

a)      Seal at Level I (i) the unredacted version of Plaintiffs' contemporaneously filed

Motion to Compel Records, and (ii) *Exhibits F and H* attached to the Plaintiffs' Motion to Compel

(Doc. No. 93); and

b)      Other and further relief as this Court deems just and proper in the circumstances.

Dated: September 15, 2022        Respectfully submitted,

Jesse Drewniak and Sebastian Fuentes,

By and through their attorneys affiliated with the
American Civil Liberties Union of New Hampshire
Foundation, the American Civil Liberties Union of Maine
Foundation, and the ACLU Foundation of Vermont,


*/s/ Gilles Bissonnette*
Gilles R. Bissonnette (N.H. Bar. No. 265393)
SangYeob Kim (N.H. Bar No. 266657)
Henry R. Klementowicz (N.H. Bar No. 21177)
American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH  03301
Tel.  603.224.5591
gilles@aclu-nh.org
sangyeob@aclu-nh.org
henry@aclu-nh.org

*/s/ Carol Garvan*
Carol Garvan (N.H. Bar. No. 21304)
Zachary L. Heiden*
American Civil Liberties Union of Maine Foundation
P.O. Box 7860
Portland, Maine 04112
Tel. 207.619.8687
cgarvan@aclumaine.org
heiden@aclumaine.org

*/s/ Lia Ernst*
Lia Ernst*
Harrison Stark*
ACLU Foundation of Vermont
90 Main Street
Montpelier, VT 05602
Tel. 802.223.6304
lernst@acluvt.org
hstark@acluvt.org
jdiaz@acluvt.org

Scott H. Harris (N.H. Bar No. 6840)
Steven Dutton (N.H. Bar No. 17101)
Jeremy Walker (N.H. Bar No. 12170)
McLane Middleton
900 Elm Street
Manchester, NH 03101
Tel. 603.628-1459
Scott.harris@mclane.com
Steven.Dutton@mclane.com
Jeremy.Walker@mclane.com


Albert E. Scherr (N.H. Bar No. 2268)
Professor of Law
University of New Hampshire School of Law
2 White Street
Concord, NH  03301
Tel. 603.513.5144
Albert.Scherr@law.unh.edu

Mark Sisti (N.H. Bar No. 2357)
Sisti Law Offices
387 Dover Road
Chichester, NH  03258
Tel. 603.224.4220
msisti@sistilawoffices.com

*Admitted *pro hac vice*