UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JESSE DREWNIAK and <br> SEBASTIAN FUENTES <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, et al., <br><br> Defendants. | No. 1:20-cv-852-LM |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiffs Jesse Drewniak and Sebastian Fuentes hereby stipulate to the voluntary dismissal of their Amended Complaint (ECF No. 64) without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

JESSE DREWNIAK AND SEBASTIAN FUENTES,

By and through their attorneys affiliated with the American Civil Liberties Union of New Hampshire Foundation, the American Civil Liberties Union of Maine Foundation, and the ACLU Foundation of Vermont,

*/s/ Gilles Bissonnette*
Gilles R. Bissonnette (N.H. Bar. No. 265393)
SangYeob Kim (N.H. Bar No. 266657)
Henry R. Klementowicz (N.H. Bar No. 21177)
American Civil Liberties Union of New Hampshire
18 Low Avenue
Concord, NH 03301
Tel.  603.224.5591
gilles@aclu-nh.org
sangyeob@aclu-nh.org
henry@aclu-nh.org

Carol Garvan (N.H. Bar No. 21304)
Zachary L. Heiden*
American Civil Liberties Union of Maine Foundation
P.O. Box 7860
Portland, Maine 04112
Tel. 207.619-8687
cgarvan@aclumaine.org
heiden@aclumaine.org

Lia Ernst*
Harrison Stark*
ACLU Foundation of Vermont
90 Main Street
Montpelier, VT 05602
Tel. 802.223.6304
lernst@acluvt.org
hstark@acluvt.org

1

Scott H. Harris (N.H. Bar No. 6840)
Steven Dutton (N.H. Bar No. 17101)
Jeremy Walker (N.H. Bar No. 12170)
McLane Middleton
900 Elm Street
Manchester, NH 03101
Tel. 603.628-1459
Scott.harris@mclane.com
Steven.Dutton@mclane.com
Jeremy.Walker@mclane.com

Albert E. Scherr (N.H. Bar No. 2268)
Professor of Law
University of New Hampshire School of Law
2 White Street
Concord, NH  03301
Tel. 603.513.5144
Albert.Scherr@law.unh.edu

Mark Sisti (N.H. Bar No. 2357)
Sisti Law Offices
387 Dover Road
Chichester, NH  03258
Tel. 603.224.4220
msisti@sistilawoffices.com

* Admitted *pro hoc vice*

U.S. CUSTOMS AND BORDE RPROTECTION and U.S. BORDER PATROL, ROBERT N. GARCIA, AND RICHARD J. FORTUNATO

*/s/ Robert J. Rabuck*
Robert J. Rabuck
Civil Chief
New Hampshire Bar No. 2087
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552

2

                Michael McCormack
                Assistant U.S. Attorney
                New Hampshire Bar No. 16470
                53 Pleasant Street, 4th Floor
                Concord, NH 03301
                (603) 225-1552
                Michael.McCormack2@usdoj.gov

Date: May 18, 2023