```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jesse Drewniak et al

    v.

US Custom and Border Protection et al       Case No. 20-cv-852-LM

JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Stipulation of dismissal dated November 23, 2020;

2. Order by Chief Judge Landya B. McCafferty dated April 8, 2021; and

3. Stipulation of dismissal dated May 18, 2023.

By the Court:

/s/ Tracy A. Uhrin
Tracy A. Uhrin
Chief Deputy Clerk

Date: May 24, 2023

cc: Counsel of Record